THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL RADICE, Appellant.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN SEIDMAN, Appellant.—

Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ., concur.